AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Ana Gabriela HERNANDEZ-Garcia<br><br>_Defendant(s)_ | )<br>)<br>)   Case No: 25-723PO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>May 26, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On May 26, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to her citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. The Defendant knowingly entered the United States illegally on May 26, 2025, by crossing the U.S./Mexico International Boundary afoot, approximately 7.5 mile(s) east of the Santa Teresa, New Mexico Port of Entry. This area is not a Port of Entry as designated by the Appropriate Authority of the United States. Thus, the Defendant is present in the United States without admission by an Immigration Officer.

☐ Continued on the attached sheet.

_Complainant's signature_

Joe A. Reyes, Agent
_Printed name and title_

Sworn to before me by phone ~~and signed in my presence~~.

Date: May 27, 2025

_Judge's signature_

DAMIAN L. MARTINEZ
~~U.S. MAGISTRATE JUDGE~~
_Printed name and title_

City and state: Las Cruces, N.M.